**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Trestan Jemal Prescott v. The State of Texas

Appellate case number:    01-13-00989-CR

Trial court case number:  1372308

Trial court:                    230th District Court of Harris County

On January 22, 2014, Appellant filed a Written Objection to an Incomplete Record and Request for Supplementation of the Record. The request for supplementation is **GRANTED**. The clerk of the trial court is **ORDERED** to supplement the record with the Pre-Sentence Investigation Report previously requested by appellant, or certify that the document does not exist, within 20 days of the date of this order. *See* Tex. R. App. P. 34.5(c).

Appellant's brief will be due 30 days from the date the supplemental record is filed. Tex. R. App. P. 38.6(a)(1).

It is so ORDERED.

Judge's signature: ____/s/Justice Harvey Brown
                          X  Acting individually     ☐ Acting for the Court

Date: January 28, 2014